279 U.S. 817
 49 S.Ct. 264
 73 L.Ed. 974
 The UNITED STATES of America ex rel. Joseph Wenger, appellant,
v.
W. Frank MATHUES, United States Marshal for the Eastern District of Pennsylvania.
 No. 631.
 Supreme Court of the United States
 March 11, 1929
 
 Mr. Joseph Blank, of Philadelphia, Pa., for appellant.
 Messrs. William D. Mitchell, Sol. Gen., and W. Marvin Smith, both of Washington, D. C., for the United States.
 PER CURIAM.
 
 
 1
 The appeal is dismissed on the authority of section 240(b) and (c) of the Judicial Code, as amended by the act of February 13, 1925, § 1 (43 Stat. 938; 28 USCA § 347(b) and (c), for lack of jurisdiction.